USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEIL PORCELLI,

                     Plaintiff,

-v.-

METRO-NORTH COMMUTER RAILROAD COMPANY,

                     Defendant.

24 Civ. 827 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    On March 24, 2025, the Court granted Plaintiff's motion for leave to amend the complaint and directed Plaintiff to "file the Amended Complaint attached at ECF No. 16-2." ECF No. 20 at 1. The docket does not reflect that Plaintiff has done so.

    Moreover, pursuant to the April 24, 2024 Civil Case Management Plan and Scheduling Order, ECF No. 13, all discovery in this matter closed on October 31, 2024. Although the March 24, 2025 Order noted that, in view of the newly added claim in the Amended Complaint, the Court was "amenable to extending the deadline for fact discovery *nunc pro tunc*," ECF No. 20 at 1, the parties have not sought such an extension. Nor did they file any motions for summary judgment—or any letters indicating an intent to move for summary judgment—within "30 days after the close of all discovery." Fed. R. Civ. P. 50(b); ECF No. 13 at 5 ("Summary judgment motions . . . shall be filed within 30 days of the close of fact or expert discovery (whichever is later).").

    By no later than **May 9, 2025**, the parties shall file a joint letter updating the Court on the status of this matter and identifying any proposed next steps.

    SO ORDERED.

Dated: May 6, 2025
       New York, New York

                                                               JENNIFER H. REARDEN
                                                               United States District Judge